AMERICAN SCHOOL-FURNITURE CO. v. VAUGHT et al.

(Circuit Court of Appeals, Seventh Circuit. May 8, 1901.)

No. 727.

APPEAL—APPEALABLE ORDER—DENIAL OF PRELIMINARY INJUNCTION.
Under section 7 of Act March 3, 1891, creating the circuit courts of appeals, as amended by Act June 6, 1900, an appeal to such court does not lie from an interlocutory order denying a preliminary injunction.

Appeal from the Circuit Court of the United States for the District of Indiana.

On Motion to Dismiss Appeal.

R. P. Elliott, for appellant.
V. H. Lockwood, for appellee.

Before WOODS, JENKINS, and GROSSCUP, Circuit Judges.

PER CURIAM. The appellee has moved to dismiss this appeal because it is from an interlocutory order denying a preliminary injunction, and the counsel for the appellant has signified his consent that the motion be sustained. The appeal is therefore dismissed on the authority of Wire Co. v. Boyce (C. C. A.) 104 Fed. 172, and Westinghouse Air-Brake Co. v. Christensen Engineering Co. (C. C. A.) 104 Fed. 622.